Connell, Appellant, *v.* Kennett Township Board
of School Directors et al.

Argued April 15, 1947. Before MAXEY, C. J., DREW,
LINN, STERN, PATTERSON, STEARNE and JONES, JJ.

588

594

*Samuel Lichtenfeld,* for appellant.

*J. Paul MacElree,* with him *Larmore & Scarlett,* for appellees.

PER CURIAM, May 7, 1947:
The judgment of the court below is affirmed on the opinion of Judge HARVEY.